```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 16549
    SHARON CLARK
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-9141


--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/14/2006 and was confirmed 05/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 11/16/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
AMEX                       NOTICE ONLY    NOT FILED           .00            .00
ASSOCIATES CITIBANK        NOTICE ONLY    NOT FILED           .00            .00
BANCO POPULAR              NOTICE ONLY    NOT FILED           .00            .00
BANCO POPULAR              NOTICE ONLY    NOT FILED           .00            .00
BANCO POPULAR              NOTICE ONLY    NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED        1642.23           .00            .00
BANK UNITED                NOTICE ONLY    NOT FILED           .00            .00
CHASE/CIRCUIT CITY         NOTICE ONLY    NOT FILED           .00            .00
CITIBANK USA               UNSECURED      NOT FILED           .00            .00
CITIBANK USA               NOTICE ONLY    NOT FILED           .00            .00
CITIBANK                   UNSECURED      NOT FILED           .00            .00
CREDIT FIRST NA            NOTICE ONLY    NOT FILED           .00            .00
CRED PROTECTION ASSOCIAT   UNSECURED      NOT FILED           .00            .00
CREDIT UNION 1             NOTICE ONLY    NOT FILED           .00            .00
CREDITORS COLLECTION BUR   UNSECURED      NOT FILED           .00            .00
EMERGE/FNBO                NOTICE ONLY    NOT FILED           .00            .00
EXXON MOBILE               UNSECURED      NOT FILED           .00            .00
FLEET CREDIT CARD SERVIC   NOTICE ONLY    NOT FILED           .00            .00
GEMB/ MONTGOMERY WARD      NOTICE ONLY    NOT FILED           .00            .00
GEMB/PEP BOYS              NOTICE ONLY    NOT FILED           .00            .00
GEMB/WALMART               NOTICE ONLY    NOT FILED           .00            .00
GREAT AMERICAN FINANCE     NOTICE ONLY    NOT FILED           .00            .00
HOUSEHOLD BANK             NOTICE ONLY    NOT FILED           .00            .00
HSBC NV                    NOTICE ONLY    NOT FILED           .00            .00
HSBC NV                    NOTICE ONLY    NOT FILED           .00            .00
HSBC BSTBY                 NOTICE ONLY    NOT FILED           .00            .00
HSBC/ VLCTY                NOTICE ONLY    NOT FILED           .00            .00
HSBC/WICKS                 NOTICE ONLY    NOT FILED           .00            .00
JC PENNEY                  NOTICE ONLY    NOT FILED           .00            .00
MARSHALL FIELDS            NOTICE ONLY    NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED         726.58           .00            .00
MUTUAL HOSPITAL SERVICES   UNSECURED      NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 16549 SHARON CLARK
```

```
ODPC/CBSD                 NOTICE ONLY    NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED       5311.10           .00            .00
WELLS FARGO BANK NA       CURRENT MORTG       .00           .00            .00
WELLS FARGO BANK NA       MORTGAGE ARRE   4914.10           .00            .00
WINDWOOD CONDO ASSOC      SECURED          788.38           .00         300.00
TCF NATIONAL BANK         CURRENT MORTG       .00           .00            .00
TCF NATIONAL BANK         MORTGAGE ARRE   2208.64           .00          58.77
MUTUAL HOSPITAL SERVICES  UNSECURED     NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED        159.38           .00            .00
MUTUAL HOSPITAL SERVICES  UNSECURED     NOT FILED           .00            .00
TCF BANK                  UNSECURED     NOT FILED           .00            .00
SAM'S CLUB                NOTICE ONLY   NOT FILED           .00            .00
SEARS/CBSD                NOTICE ONLY   NOT FILED           .00            .00
SPIEGEL                   NOTICE ONLY   NOT FILED           .00            .00
TARGET                    NOTICE ONLY   NOT FILED           .00            .00
VISA CREDIT CARD SERVICE  UNSECURED     NOT FILED           .00            .00
WELLS FARGO BANK          NOTICE ONLY   NOT FILED           .00            .00
WFNNB/VCTRIA              NOTICE ONLY   NOT FILED           .00            .00
WASHINGTON MUTUAL BANK    NOTICE ONLY   NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    2,034.00                     2,034.00
TOM VAUGHN                TRUSTEE                                       162.54
DEBTOR REFUND             REFUND                                        139.69

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     2,695.00

PRIORITY                                              .00
SECURED                                            358.77
UNSECURED                                             .00
ADMINISTRATIVE                                   2,034.00
TRUSTEE COMPENSATION                               162.54
DEBTOR REFUND                                      139.69
                          --------------     --------------
TOTALS                      2,695.00             2,695.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 02/27/08           _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 06 B 16549 SHARON CLARK